## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

**LATOYA JAMERSON**, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

**CINTAS CORPORATION,**

Defendant.

Case No. 1:26-CV-00332

Judge Susan J. Dlott

Magistrate Judge Stephanie K. Bowman

## ORDER

HAVING REVIEWED THE PARTIES' JOINT STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. This matter and all claims against Defendant Cintas Corporation shall be submitted to binding individual arbitration with the American Arbitration Association ("AAA");

2. The Court shall retain jurisdiction to enforce the Joint Stipulation to Submit Entire Action to Arbitration, to enforce any arbitration award, and to perform any other role as permitted by the Federal Arbitration Act and/or other applicable laws or rules of this Court; and

3. All dates currently set by the Court shall be vacated.

IT IS SO ORDERED.

Dated this __29th__ day of __April__, 2026

_Susan J. Dlott_
**SUSAN J. DLOTT**
**UNITED STATES DISTRICT JUDGE**